# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF: | ) | |
| | ) | **ORDER** |
| The residence and outbuildings located at | ) | |
| 2280 22nd Ave. SE, Tuttle, North Dakota; | ) | |
| to include the body of Calvin Bernhardt | ) | Case No. 1:16-mj-085 |
| and all vehicles registered to same. | ) | |

Before the court is an "Ex Parte Motion for Extension of Time to Complete Search" filed by the Government on August 29, 2016. The Government advises that it recovered an exorbitant amount of digital evidence from electronic devices seized during the search. It further advises that it has yet finish its examination of one of the devices seized. It requests an additional 45 days complete its search.

For good cause shown, the court **GRANTS** the Government's motion (Docket No. 4). The Government shall have until October 14, 2016, to complete its examination of the devices seized. This matter shall be sealed and remain under seal until October 31, 2016.

**IT IS SO ORDERED.**

Dated this 30th day of August, 2016.

>  /s/ Charles S. Miller, Jr.
>  Charles S. Miller, Jr., Magistrate Judge
>  United States District Court